THE STATE ex rel. McCARTHY v. HAWES et al. Appellants.

In Banc, November 3, 1903.

The judgment in this case is reversed on the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. S. P. Spencer*, Judge.

REVERSED.

*C. W. Bates* and *Wm. F. Woerner* for appellants.

*Joseph Wheless* for respondent.

GANTT, J.—Mandamus by relator for himself and as alleged assignee of four others, for salary, for himself as sergeant, and the others as policemen, aggregating $14,568.78. The personal claim for relator was not allowed, but he was given a judgment for $11,977.14 on

the assigned claims, and defendants appealed. The claimants had all fully served out their originally appointed terms, and were mere holdovers when they were dropped. This case therefore is controlled by the case of State ex rel. Rife v. Hawes, reported at page 360 of this volume. The judgment of the circuit court is reversed, and the writ quashed.

All concur.